**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7046**

MICHAEL A. WILLIAMS,

        Plaintiff - Appellant,

     v.

JAMES E. LYLES, Trooper First Class; KENNY L. BROWN, Senior
Trooper; KYLE L. DUNGEE, Trooper First Class,

        Defendants – Appellees,

    and

STATE OF MARYLAND,

        Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:11-cv-02972-WDQ)

Submitted:  November 20, 2012      Decided:  November 26, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Michael A. Williams, Appellant Pro Se.  Nichole Cherie Gatewood,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Williams v. Maryland, No. 1:11-cv-02972-WDQ (D. Md. June 5, 2012). We deny Williams's motions for appointment of counsel and to compel the production of records. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3